**Rebecca Ann PECK, Appellant,**

v.

**William S. PECK, Respondent.**

**No. WD 43202.**

Missouri Court of Appeals,
Western District.

March 12, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 30, 1991.

Application to Transfer Denied
June 11, 1991.

Thomas Eugene Hankins, Gladstone, for appellant.

Thomas E. Barzee, Jr., Kansas City, for respondent.

Before SHANGLER, P.J., and KENNEDY and FENNER, JJ.

## ORDER

PER CURIAM.

Appellant, Rebecca Ann Peck, appeals from orders of the trial court in regard to custody of her three minor children and the assessment of guardian ad litem fees against her.

Judgment affirmed. Rule 84.16(b).